ROBERT W. WALLING, PLAINTIFF-RESPONDENT, v. AN-
THONY SALVATO, *ET AL.*, DEFENDANTS-PETITIONERS
AND JOHN TOSCANO, *ET AL.*, DEFENDANTS-RESPON-
DENTS.

*Messrs. Vaccaro & Osborne* and *Mr. Robert D. Curran*
for the petitioners.

*Messrs. Burton, Quackenboss & Axelrod* and *Messrs.
Drazin, Warshaw, Auerbach & Rudnick* for the respondents.

September 17, 1968. Denied.

HERMAN HARRIS, PLAINTIFF-PETITIONER, v. ASBURY
PARK PRESS, INC., DEFENDANT-RESPONDENT.

*Messrs. Anschelewitz, Barr, Ansell & Bonello* for the
petitioner.

*Messrs. Novogrod & Introcaso* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ABE GREENBERG, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Toolan, Romond & Burgess* and *Mr. Raymond A.
Brown* for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the
respondent.

September 17, 1968. Denied.